**Clarence RICKS, Plaintiff–Appellant,**

v.

**Helen F. FAHEY, Defendant–Appellee.**

No. 06–6920.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 20, 2006.

Clarence Ricks, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Ricks appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ricks v. Lahey,* No. 3:06–cv–00153–RLW (E.D.Va. Apr. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*